## RECONSIDERATION DOCKET

**00–2000. State v. Myers.**
Hardin App. No. 6200004. Reported at 91 Ohio St.3d 1428, 741 N.E.2d 892. On motion for reconsideration. Motion denied.

**00–2054. In re Guardianship of Clark.**
Mahoning App. Nos. 99CA103 and 99CA88. Reported at 91 Ohio St.3d 1432, 741 N.E.2d 895. On motion for reconsideration. Motion denied.

**00–2188. State ex rel. Jennings v. Hamilton Cty. Court of Commons Pleas.**
In Mandamus. Reported at 91 Ohio St.3d 1426, 741 N.E.2d 891. On motion for reconsideration and request for findings of fact and conclusions of law. Motion and request denied.

**01–26. State v. Montgomery.**
Franklin App. No. 99AP–750. Reported at 91 Ohio St.3d 1430, 741 N.E.2d 894. On motion for reconsideration. Motion granted and leave to file delayed appeal granted.
    F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

## DISCIPLINARY DOCKET

**96–985. Disciplinary Counsel v. Mazer.**
This matter is pending before the court upon the filing by respondent on February 15, 2001, of a motion for leave. Upon consideration thereof,
    IT IS HEREBY ORDERED that the motion be, and hereby is, granted and that respondent may file a reply to relator's response on or before ten days from the date of this order.

**96–2372. Cincinnati Bar Assn. v. Brown.**
This matter is pending before the court upon the filing by relator, Cincinnati Bar Association, on April 27, 2000, of a motion for order to show cause, and upon respondent's appearance before this court on December 13, 2000. Upon consideration thereof,
    IT IS ORDERED by the court, *sua sponte*, that respondent be, and hereby is, found in contempt.
    IT IS FURTHER ORDERED by the court, *sua sponte*, that respondent be fined the amount of $500, which fine shall be payable to this court on or before ninety days from the date of this order. It is further ordered that if this fine is not paid in full on or before ninety days from the date of this order, interest at the rate of ten percent per annum shall accrue as of ninety days from the date of this order on the fine, and this court may take further action against respondent.

**00–1562. Disciplinary Counsel v. Howland.**
On August 28, 2000, the Board of Commissioners on Grievances and Discipline filed its Final Report in this court, recommending that pursuant to Gov.Bar R. V(6)(B)(3), the respondent, Steven L. Howland, be suspended from the practice of law for two years, with one year to be stayed. While this matter was pending, the court was notified that on or about December 27, 2000, respondent died. Upon consideration thereof,
    IT IS ORDERED by the court, *sua sponte*, that this matter be, and hereby is, dismissed.
    · IT IS FURTHER ORDERED by the court, *sua sponte*, that the estate of respondent pay board costs in this matter in the amount of $184.93, which costs shall be payable by certified check or money order to this court on or before ninety days from the date of this order. It is further ordered that if these costs are not paid in full on or before ninety days from the date of this order, interest at the rate of ten percent per annum shall accrue as of ninety days from the date of this order, on the costs, and the court may take further action in this matter.
    IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that the estate of respondent bear the costs of publication.